AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Ociel CARRILLO-Gonzalez

AKA:
IAE     YOB: 1992
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-25-2559-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 11, 2025__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a)(b)__ (Felony)
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On July 11, 2025, Ociel CARRILLO-Gonzalez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on October 8, 2025. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on March 14, 2016 via Laredo, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On Augugst 13, 2015, the defendant was convicted of Assault Family/House Member Impede Breathing/Circulation as Charged in the Indictment and sentenced to 2 Years Confinement in the Texas Department of Criminal Justice.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on October 8, 2025.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Complaint approved by AUSA A. Parcell

Sofia D. Fuentes
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

Sofia D. Fuentes        Deportation Officer
Printed Name and Title of Complainant

October 8, 2025  -11:06a.N.
Date

at   McAllen, Texas
City and State

Juan F. Alanis       U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer